JOSIAH FERRIS, APPELLANT, VS. ORLA J. SPAFFORD, APPELLEE.

Appellate Practice—Abstracts of record must contain assignments of error.

Where a cause is submitted upon abstracts of the record without any exceptions thereto, the appellate court will consider the same under its rules upon such abstracts alone without reference to the transcript of record, and where such abstracts do not contain any assignment of errors the cause will be dismissed.

Appeal from the Circuit Court for Hillsborough County.

*G. A. Hanson,* for Appellant.

*Gunby & Gibbons,* for Appellee.

PER CURIAM.

This cause being reached in its regular order on the docket for final disposition, was referred by the court to its Commissioners for investigation, and they having reported that the said cause was submitted on abstracts of the record without exceptions thereto, and that such abstracts contain no assignments of error, and the court

upon examination finding their report to be correct, it is, therefore, considered, ordered and adjudged that the said cause be, and the same is hereby, dismissed at the cost of the appellant.